IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LETICIA SERVIN ESPINOZA,**  Petitioner, | § § § | |
| v. | § § | EP-25-CV-00618-DB |
| **KRISTI NOEM,** *Secretary, U.S. Department of Homeland Security, et al.,*  **Respondents.** | § § § § | |

## ORDER

On this day, the Court considered the above-captioned case. On December 4, 2025, Petitioner Leticia Servin Espinoza filed a "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1. In her Petition, Petitioner asks this Court to "A. Accept jurisdiction over this action; B. Declare that Respondents' actions to detain Petitioner violate the Due Process Clause of the Fifth Amendment and violates the Immigration and Nationality Act; C. Issue a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and order the immediate release of Petitioner or order Respondents to schedule a bond hearing for Petitioner's removal proceedings within 5 days of the order and accept jurisdiction to issue a bond order; D. Award reasonable attorneys' fees and costs for this action; and E. Grant such further relief as the Court deems just and proper." *Id.* at 19. On December 12, 2025, the Court issued its "Memorandum Opinion and Order," ECF No. 5, wherein following orders issued:

> IT IS HEREBY ORDERED that Petitioner Leticia Servin Espinoza's "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1, is GRANTED IN PART. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge no later than December 12, 2025 at which the government shall bear the burden of justifying, by clear and convincing evidence, the

> dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than December 11, 2025. IT IS FINALLY ORDERED Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than December 16, 2025.

ECF No. 5 at 11–12. On December 16, 2025, Respondents filed a "Respondents Advisory," ECF No. 7, stating that "[o]n December 12, 2025, the IJ granted the bond hearing and ordered Petitioner released from custody under a bond of $6,000. Exh. A at 1 (Order of the Immigration Judge dated Dec. 12, 2025). The IJ took full consideration of the evidence presented. *Id.* at 1. Bond has not been posted."

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than December 23, 2025.**

**SIGNED** this **17th** day of **December 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE