IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LETICIA SERVIN ESPINOZA** | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | EP-25-CV-00618-DB |
| | § | |
| **KRISTI NOEM,** *Secretary, U.S.* | § | |
| *Department of Homeland Security, et al.,* | § | |
|     Respondents. | | |

## **FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On December 10, 2025, this Court issued a "Memorandum Opinion and Order," ECF No. 6, granting in part Petitioner Leticia Servin Espinoza's "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1, filed on December 4, 2025. Therein, this Court asserted jurisdiction over the instant matter, and found Petitioner has established a violation of the Fifth Amendment's Due Process Clause as applied to her. Accordingly, the Court ordered Respondents to give Petitioner a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention, or release Petitioner from custody under reasonable conditions of supervision during the pendency of her removal proceedings.

On December 22, 2025, Respondents filed a "Joint Advisory," ECF No. 9, advising the Court that, "Petitioner posted bond and was released December 18, 2025. There are no more issues before the Court." *Id.* Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **6th** day of **January 2026**.

                                                    _____
                                                  **THE HONORABLE DAVID BRIONES**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**